■ CAROL CARULLO, an Infant, by DOMINIC CARULLO, Her Guardian ad Litem, et al., Respondents, v. GOOD HUMOR CORPORATION et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ HYMAN FREIMAN et al., Respondents, v. LONG ISLAND LIGHTING COMPANY et al., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Respondents, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Appellants.— Motions to dismiss appeals granted, with $10 costs on each motion, and appeals dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Respondents, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Appellants, et al., Defendants.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Respondents, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Appellants, et al., Defendants.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Appellants, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock and Murphy, JJ.; Kleinfeld, J., not voting.

■ In the Matter of NEW YORK POST CORPORATION, Appellant, against SAMUEL S. LEIBOWITZ, as a Judge of the County Court, Kings County, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See 286 App. Div. 760.]

■ ANTHONY RICHARDI, Respondent, v. BARON OLDSMOBILE CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See ante, p. 971.]

■ MAX ROSENBERG, INC., Respondent, v. EDWARD BEARMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ GRACE AZZARA, as Administratrix of the Estate of CHARLES J. AZZARA, Deceased, Appellant, v. FRANCES B. AZZARA, Respondent.— In 1937, Salvatore Azzara and Rosalie Azzara, husband and wife, purchased a house in Queens County, as tenants by the entirety. In 1942, they made a joint will giving their property equally to their son Charles (now deceased) and their daughter Frances, the defendant herein. Salvatore died in 1949. The son Charles died intestate on August 31, 1953, leaving him surviving his wife, plaintiff herein, and a child. Plaintiff was appointed administratrix of Charles' estate. On September 9, 1953, Rosalie conveyed the property involved herein to defendant. Rosalie died on November 5, 1953. In August, 1954, on petition of plaintiff, the joint will was probated without objection on the part of defendant, and letters testamentary were issued to her as surviving executrix. Plaintiff commenced the instant action to set aside the conveyance from Rosalie to defendant, and for other relief, as being in violation of the joint will, and moved for summary judgment or, in the alternative, for judgment on the pleadings,